**JOHN L. RUSSO**
ATTORNEY AT LAW

**COUNSEL**
Milton Florez, Esq.
Michael Horn, Esq.

# J.L. Russo, P.C.
31 · 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel: 718 · 777 · 1277
Fax: 718 · 204 · 2310
Email: *JLRussoPC@Gmail.com*

**PARALEGAL**
Maria Nunez, B.S.

> Application granted.
> Date: 12/20/2024
> New York, NY
>
> SO ORDERED
> /s/ Robyn F. Tarnofsky
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

**Via ECF**
Honorable Robyn F. Tarnofsky
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

      Re:    <u>United States of America v. Jose Vizcarrondo</u>
              Case No.: 24-mj-01364

Your Honor:

      This office represents Mr. Jose Vizcarrondo, the defendant in the above-mentioned matter. We write to respectfully request that the Court modify Mr. Vizcarrondo's conditions of release from home detention with electronic monitoring to a curfew enforced by location monitoring, with the curfew hours to be set at the discretion of Pretrial Services.

      On April 4, 2024, the Court set released the Defendant on conditions which included *"home incarceration with electronic monitoring"*. Mr. Vizcarrondo met all of the conditions set by the Court and was released. He has since been in compliance with his pre-trial release terms and conditions. Furthermore, P.O. Ashley Cosme is now recommending that Mr. Vizcarrondo be transitioned from home detention/electronic monitoring to curfew only.

      AUSA Burkett has been advised and has no objection to this request. The Court's consideration is respectfully appreciated. Thank you.

      Yours truly,

      *John L. Russo*

      John L. Russo, Esq. (JR6200)

JLR: mn
Cc: AUSA Benjamin M. Burkett